# United States Bankruptcy Court
## District of Nevada

Case No. **09–10195–bam**

**Chapter 13**

In re: (Name of Debtor)
SAMMY CHONG                           LISA H. BEDELL
1733 WANDERING WINDS WAY              1733 WANDERING WINDS WAY
LAS VEGAS, NV 89128                   LAS VEGAS, NV 89128

Social Security No.:
xxx–xx–4209                           xxx–xx–3073

**NOTICE OF DISMISSAL;
NOTICE THAT ALL PENDING HEARINGS ARE VACATED**

On 8/12/10, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 8/12/10                          BY THE COURT

                                        *Mary A. Schott*

                                        Mary A. Schott
                                        Clerk of the Bankruptcy Court